IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thrasher, Derrick D

Printed: 10/22/08

Case Number: 08 B 15626
Judge: Wedoff, Eugene R
Filed: 6/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Greater Chicago Finance | Secured | 2,257.00 | 0.00 |
| 2. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 50.13 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 683.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 635.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 73.61 | 0.00 |
| 7. | Northwestern Medical Faculty | Unsecured | 34.80 | 0.00 |
| 8. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 9. | American Collection Corp | Unsecured | | No Claim Filed |
| 10. | Allied Credit | Unsecured | | No Claim Filed |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | Alliance One | Unsecured | | No Claim Filed |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Allied Credit | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | HSBC | Unsecured | | No Claim Filed |
| 22. | Northwest Collectors | Unsecured | | No Claim Filed |
| 23. | Illinois Tollway | Unsecured | | No Claim Filed |
| 24. | Merchandise Credit Guide | Unsecured | | No Claim Filed |
| 25. | Northwest Collectors | Unsecured | | No Claim Filed |
| 26. | Merchandise Credit Guide | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Thrasher, Derrick D

Printed: 10/22/08

Case Number:  08 B 15626
Judge:  Wedoff, Eugene R
Filed:  6/18/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. First Revenue Assurance | Unsecured | | No Claim Filed |
| 28. United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 29. Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 30. United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 31. Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| | | $ 3,748.54 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

